IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-2574-REB-CBS

**JARED R. PRIDEAUX**

    **Plaintiff,**

v.

**NORTHLAND GROUP, INC. a Minnesota Corporation**

    **Defendant**

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

COMES NOW the parties, by and through their counsel of record, and for their Stipulated Motion to Dismiss with Prejudice state as follows:

1. The Plaintiff and Defendant agree that in the interest of justice that this matter now be dismissed. Upon further reflection, Plaintiff acknowledges that the allegations set forth in his Complaint were not accurate.

2. Each party agrees to pay their own costs and attorney fees.

3. The parties respectfully request that the Court now dismiss this matter with prejudice and vacate all remaining dates with respect to this matter.

Respectfully submitted this 19th day of December, 2011.

s/ Troy D. Krenning
    Troy D. Krenning, Esq.
    Gookin, Krenning & Associates, LLC
    501 N. Cleveland Avenue
    Loveland, Colorado 80537
    Attorneys for the Plaintiff

s/ Jeffrey A. Olson
    Jeffrey A. Olson, Esq.
    Jeffrey A. Olson, PLLC
    7831 Glenroy Road, Suite 185
    Edina, Minnesota
    (952) 835-4709
    Attorneys for Defendant