**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02574-REB-CBS

JARED R. PRIDEAUX,

    Plaintiff,

v.

NORTHLAND GROUP, INC., a Minnesota corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#8][1] filed December 19, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#8] filed December 19, 2011, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 19, 2011, at Denver, Colorado.

                                                          **BY THE COURT:**

                                                          */s/ Bob Blackburn*
                                                          Robert E. Blackburn
                                                          United States District Judge

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.